UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONOCOPHILLIPS COMPANY

Plaintiff,

-v-

MARGARET ANN RUGGIERO &
RODNEY C. BOCCADORO, JR.

Defendant.

**JUDGE ROBINSON**

Case No._____

**Rule 7.1 Statement**

08 CIV. 6366

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CONOCOPHILLIPS COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The parent corporation for ConocoPhillips Company is ConocoPhillips. ConocoPhillips Company has no other parents, affiliates, and/or subsidiaries, which are publicly held.

**Date:** July 15, 2008

**Signature of Attorney**

**Attorney Bar Code:** WC-9955

Form Rule7_1.pdf  SDNY Web 10/2007