AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____  District of  _____New York_____

CONOCOPHILLIPS COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

MARGARET ANN RUGGIERO & RODNEY C.
BOCCADORO, JR.

CASE NUMBER:

# 08 CIV. 6366

JUDGE ROBINSON

TO: (Name and address of Defendant)

Margaret Ann Ruggiero
318 Grand Street, Newburgh, NY 12250

Rodney C. Boccadoro, Jr.
318 Grand Street, Newburgh, NY 12250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Cortellessa, Esq. (WC-9955)
Salon Marrow Dyckman Newman & Broudy, LLP.
292 Madison Avenue, 6th Floor
New York, NY 10017
(212) 661-7100

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_J. Michael McMahon_     **CLERK**

CLERK

(By) DEPUTY CLERK

DATE     JUL 1 6 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date              *Signature of Server*

                                     _____
                                     *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX NO. 08 CIV. 6366 (JUDGE ROBINSON)

Date Filed: _____ July 16, 2008 _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                                    **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:  Salon Marrow Dyckman & Newman, LLP    PH: 212-661-7100
Address:    292 Madison Avenue, 6th Flr  New York  NY  10017    File No.: 011674.003

*CONOCOPHILLIPS COMPANY*

*vs*                                                                                    *Plaintiff(s)/Petitioner(s)*

*MARGARET ANN RUGGIERO, ET ANO*

                                                                                         *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____ DANIEL Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On _____ July 30, 2008 _____ at _____ 9:30PM _____,
at_____ 318 GRAND STREET, PRIVATE HOUSE, NEWBURGH, NY 12250 _____, deponent served the within
_____ Summons, Complaint and Rule 7.1 Statement _____

on: _____ **MARGARET ANN RUGGIERO** _____, _____ **Defendant** _____ therein named.

**#1 INDIVIDUAL**    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
[x]    therein.

**#2**    By delivering thereat a true copy of each to_____personally, deponent knew the person so served
[ ]    to be the_____of the , and authorized to accept service on behalf of the .

**#3 SUITABLE**
**AGE PERSON**    By delivering a true copy of each to_____   _____a person of suitable age and discretion.
[ ]    Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING**    By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house
**TO DOOR**    (place of abode) within the state.
[ ]

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY**    On _____, deponent completed service by depositing a true copy of each document to the Defendant at
[ ]    318 GRAND STREET, PRIVATE HOUSE, NEWBURGH, NY 12250
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail #_____

**#6 DESCRIPTION**    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[x]    Sex: _Female_    Color of skin: _White_    Color of hair: _Black_    Age: _40 - 50 Yrs._    Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)    Weight: _100 - 130 Lbs._    Other Features:_____

**#7 WIT. FEES**    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC**    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9  USE IN NYC**
**CIVIL COURT**    The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**
[ ]

Sworn to before me on _____ July 31, 2008 _____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York                    _____
No.01RE5067464, Westchester County                    DANIEL Knight
Commission Expires Oct.15, 2010                    Server's Lic #
                                                    Invoice/Work Order # 08019650

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*