DC

Robinson, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONOCOPHILLIPS COMPANY,

                                             Plaintiff,         08 Civ. 6366 (SCR)

        -against-

                                                                **DEFAULT JUDGMENT**

MARGARET ANN RUGGIERO &
RODNEY C. BOCCADORO, JR.,

                                             Defendants.
-----------------------------------------------------------------X

       The action having been commenced on July 16, 2008, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendants:

       Margaret Ann Ruggiero, on July 30, 2008 by personally delivering a true copy of the Summons, Complaint, and Rule 7.1 Statement upon said recipient personally, with proof of such service being filed on August 4, 2008; and

       Rodney C. Boccadoro, Jr., on July 31, 2008, by substitute service by delivering a true copy of the Summons, Complaint, and Rule 7.1 Statement upon Margaret Ann Ruggiero, on July 30, 2008, a person of suitable age and discretion at Rodney C. Boccadoro's usual place of abode within the state, and by depositing a true copy of the summons, complaint, and Rule 7.1 statement to Rodney C. Boccadoro, Jr., at 318 Grand Street, Newburgh, New York, NY 12250, in a first class postpaid properly addressed envelop marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on July 31,

135202

2008, with proof of such service being filed on August 4, 2008 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That plaintiff have judgment against the defendants jointly and severally in the liquidated amount of $516,993.79 with interest at 9% from February 19, 2005 amounting to $163,554.17 plus costs and disbursements of this action in the amount of $525.00 amounting in all to $681,053.96.

Dated: New York, New York
       August 29 2008

_____
The Honorable Stephen J. Robinson
United States District Court Judge


This document was entered on the docket

on_____.


135202